**Robert E. YOUNG, Plaintiff—Appellant,**

v.

**Ike ROBINSON, Administrator, Defendant—Appellee,**

**and**

**County of Abbeville, Defendant.**

**No. 06–6301.**

United States Court of Appeals, Fourth Circuit.

Submitted June 22, 2006.

Decided June 30, 2006.

Robert E. Young, Appellant Pro Se. Russell W. Harter, Jr., Chapman, Harter & Groves, P.A., Greenville, South Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert E. Young appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Young v. Robinson,* No. 6:04–cv–00823–JFA (D.S.C. Jan. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*